IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA | CASE NO. 8:23CR182 |
|---|---|
| Plaintiff, | |
| vs. | WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ORDER |
| GREGORIO MINA-FALCON | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1) The defendant affirms receiving a copy of the indictment;

(2) The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3) The defendant pleads not guilty to all counts of the indictment.

_____     _____
Defendant, Gregorio Mina-Falcon     Date: 8-25-23

_____     _____
Attorney for Defendant, Richard P. McGowan, #22453  Date 8-25-23

**ORDER**

IT IS ORDERED that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this  30  day of  August , 20 23.

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT